1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                      **EASTERN DISTRICT OF CALIFORNIA**

10
    **THOMAS JONES**                    )        **Case No.  CIV-09-3214 KJN**
11                                      )
                                        )
12                                      )        [PROPOSED] **STIPULATION AND ORDER**
            **Plaintiff,**              )        **EXTENDING PLAINTIFF'S TIME TO**
13                                      )        **FILE MEMORANDUM IN SUPPORT**
    **v.**                             )        **OF SUMMARY JUDGMENT**
14                                      )
    **MICHAEL J. ASTRUE**              )
15  **Commissioner of Social Security** )
    **of the United States of America,** )
16                                      )
            **Defendant.**              )
17                                      )
    _____   )
18

19          IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with

20  the permission of the Court as evidenced below, that the Plaintiff's time to file the summary

21  judgment in this case is hereby extended from June 14, 2010, to August 17, 2010.   This is Plaintiff's

22  first extension and is required due to Plaintiff's counsel's impacted briefing schedule.

23

24

25  / / / /

26  / / / /

27  / / / /

28

                                             1

1

2

3   Dated: June 14, 2010                    /s/Bess M. Brewer
                                            BESS M. BREWER
4                                           Attorney at Law

5                                           Attorney for Plaintiff

6

7
    Dated: June 14, 2010                    Benjamin B. Wagner
8
                                            United States Attorney
9
                                            /s/Daniel Talbert
10                                          DANIEL TALBERT

11                                          Special Assistant U.S. Attorney

12                                          Attorney for Defendant

13

14                              **ORDER**

15          Pursuant to the parties' stipulation and proposed order, which the court hereby approves,

16   plaintiff shall have until August 17, 2010 to file a motion for summary judgment.[1]

17          APPROVED AND SO ORDERED.

18   DATED:  June 15, 2010

19

20

21

22   KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE
23

24

25

26
     _____
27          [1] The undersigned notes that plaintiff filed this stipulation and proposed order *after* the date on
     which plaintiff was obligated to file a motion for summary judgment.  Plaintiff's counsel is admonished
28   that, pursuant to Local Rule 144(d), "[c]ounsel shall seek to obtain a necessary extension from the Court
     or from other counsel or parties in an action as soon as the need for an extension becomes apparent," and
     that requests for court-approved extensions brought on or after the required filing date "are looked upon
     with disfavor."

                                            2